THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Charles D. Dublin, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Orangeburg County
L. Casey Manning, Trial Judge
James C. Williams, Jr., First Post-Conviction
Relief Judge
R. Ferrell Cothran, Jr., Second
Post-Conviction Relief Judge

Unpublished Opinion No. 2010-UP-185
 Submitted March 1, 2010  Filed March 2,
2010    

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Petitioner.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General, John W. McIntosh, Assistant Deputy Attorney General, Salley W.
 Elliott, and Assistant Attorney General Lance Boozer, all of Columbia, for
 Respondent.
 
 
 

PER CURIAM: Petitioner seeks a writ of certiorari
 from the denial of his application for post-conviction relief (PCR).  The State
 does not object to the PCR judge's finding that Petitioner did not knowingly
 and intelligently waive his right to a direct appeal.  Accordingly, we grant
 the petition for a writ of certiorari and proceed with a review of the direct
 appeal issue pursuant to Davis v. State, 288 S.C. 290, 342 S.E.2d 60
 (1986).
Petitioner's
 appeal is dismissed,[1] after consideration of his counsel's brief and review pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991).  Counsel's motion to be relieved is granted.
APPEAL
 DISMISSED.
PIEPER and
 GEATHERS, JJ., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.